UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-47 |
| Plaintiff, | Hon. Maarten Vermaat<br>U.S. Magistrate Judge |
| v. | |
| TODD STAFFORD, | |
| Defendant. | |

**ORDER OF DETENTION**

Defendant appeared before the undersigned for a detention hearing on August 31, 2023.

There are pending charges in Dickinson County, Michigan where they have a detainer on Defendant. If this Court were to release Defendant Stafford on bond, he would be returned to the custody of Dickinson County. Defendant reserved the issue of detention pending resolution of the state court charges and may request a hearing in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: September 1, 2023         /s/ *Maarten Vermaat*
                                 MAARTEN VERMAAT
                                 U.S. MAGISTRATE JUDGE